FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

| _____ | _____ |
| Date | Signature of counsel |
|  | _____ |
|  | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of December 2013, I caused the Certificate of Interest to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Jeremiah Helm
    Frances Lynch
    Patent and Trademark Office
    Post Office Box 1450
    Mail Stop 8
    Alexandria, VA  22213
    jeremiah.helm@uspto.gov
    frances.lynch@uspto.gov

    *Counsel for Appellee*

    /s/ Robert R. Axenfeld
    Robert R. Axenfeld
    O'Kelly Ernst & Bielli, LLC
    901 N. Market Street, Suite 1000
    Wilmington, DE  19801
    Tel:    (215) 600-1347
    Fax:    (302) 295-2873
    Email:    raxenfeld@oeblegal.com

    *Counsel for Appellant*